IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

LONNIE STRONG,                )  Civil Action No. 0:09-1405-TLW-PJG
                                )
        Plaintiff,             )
                                )
        v.                       )
                                )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security,   )
                                )
        Defendant.       )

## ORDER

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is hereby directed to assign this case to an administrative law judge to: secure evidence from a vocational expert, secure evidence from a medical expert, and elicit sufficient information from the Plaintiff regarding the reported unsuccessful work attempt.

IT IS SO ORDERED.

s/ Terry L. Wooten
Terry L. Wooten
UNITED STATES DISTRICT JUDGE

November 19, 2009

Florence, South Carolina.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.