UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| LONNIE STRONG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 0:09-1405-TLW-PJG |
| vs. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant, ) | |
| ) | |

On January 28, 2010, counsel for the Plaintiff filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA). The motion seeks reimbursement for counsel's representation in the captioned matter. On February 16, 2010, the Defendant filed a Response to Plaintiff's Application for an Award of Attorney's Fees under the Equal Access to Justice Act and Notice of Compromise Settlement. In this filing, the defendant indicates that the Commissioner and counsel for plaintiff have agreed to a compromise payment of Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act and that a stipulation to this effect will be forthcoming. On February 17, 2010, the parties submitted a Joint Motion and Stipulation for Payment of Attorney Fees under the Equal Access to Justice, U.S.C. § 2412(d). In this filing, the Court is asked to approve the stipulation entered into by the parties, whereby it is agreed that the Commissioner shall pay to Plaintiff $2000.00 in attorney fees, $16.00 in expenses and $7.00 in costs. The Court accepts the stipulation and **GRANTS** the motion for attorney fees, in accordance with the stipulation by the parties.

Accordingly, **IT IS HEREBY ORDERED** that the Commissioner shall pay to Plaintiff $2000.00 in attorney fees, $16.00 in expenses and $7.00 in costs.[1]

s/ Terry L. Wooten
February 18, 2010                    TERRY L. WOOTEN
Florence, South Carolina             UNITED STATES DISTRICT JUDGE

---

[1] The Commissioner notes that "costs" are not paid from Agency funds, but from the Judgment Fund. See 28 U.S.C. §§ 1920, 2412(a), 241(c)(1), 2414.